# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NATIVIDAD RAMIREZ-GODINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Natividad Ramirez-Godinez (Ramirez-Godinez) (Filing No. 17). Ramirez-Godinez seeks an extension of time of twenty-one days in which to file pretrial motions. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Ramirez-Godinez's motion for an extension of time (Filing No. 17) is granted. Ramirez-Godinez is given until **on or before March 7, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **February 15, 2011, and March 7, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 15th day of February, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge